■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON FERGUSON, Appellant.—Judgment of resentence, Supreme Court, Bronx County (Nicholas Figueroa, J.), rendered on January 28, 1987, unanimously affirmed. *(See,* 119 AD2d 338.) No opinion. Concur—Ross, J. P., Asch, Milonas, Rosenberger and Wallach, JJ.

■ JULIO ROSSI et al., Plaintiffs, v ED PETERSON CUTTING EQUIPMENT CORP. et al., Appellants. ED PETERSON CUTTING EQUIP. CORP., Third-Party Plaintiff-Appellant, v CHASPEC MANUFACTURING COMPANY, Third-Party Defendant-Respondent. PETERSON & SONS, INC., Fourth-Party Plaintiff-Appellant, v CHASPEC MANUFACTURING COMPANY, Fourth-Party Defendant-Respondent.—Appeal from order, Supreme Court, New York County (Robert White, J.), entered on September 12, 1986, unanimously dismissed, without costs and without disbursements, as having been subsumed by the appeal from the judgment of said court entered on October 6, 1986, which judgment is unanimously affirmed, without costs and without disbursements. No opinion. Concur—Ross, J. P., Asch, Milonas, Rosenberger and Wallach, JJ.